UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| ASHUTOSH DUTT,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>DOOSAN GRIDTECH, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No.: 20-CV-01742 W (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |
|---|---|

Parties have filed a joint motion to dismiss with prejudice. [Doc. 14.] Good cause appearing, the Court **GRANTS** the joint motion. This action is dismissed **WITH PREJUDICE**. Per the terms of the joint motion, each party is to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: December 10, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　United States District Judge